# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LEONARD, <br><br> Plaintiff, <br><br> vs. <br><br> METLIFE INSURANCE COMPANY and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: CV12-10003 SVW (SSx) <br><br> **JUDGMENT** <br><br> [Lodged concurrently with Proposed Findings of Fact and Conclusions of Law] <br><br> JS-6 <br><br> Crtrm.:   6 – 2nd Floor <br><br> Complaint Filed: September 5, 2012 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\temp\notesc7a056\proposed judgment.doc

# **JUDGMENT**

Plaintiff Theresa Leonard's ("Leonard") and Defendant Metropolitan Life Insurance Company's ("MetLife") respective Motions for Judgment under Federal Rule of Civil Procedure 52 came on regularly for hearing before this Court on November 5, 2013, the Honorable Stephen V. Wilson, District Judge presiding. Appearances of counsel were noted in the record.

After considering the information contained in the Administrative Record, the parties' respective moving and responding papers, the arguments of counsel, and all other matters presented to the Court, this Court GRANTS MetLife's Motion and finds that Judgment should be entered in favor of MetLife for the reasons stated in the Court's Order dated November 8, 2013 and in the concurrently entered Findings of Fact and Conclusions of Law.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That Judgment shall be entered in favor of MetLife and against Leonard;
2. That Leonard shall take nothing by way of her First Amended Complaint; and
3. That MetLife shall be entitled to recover from Leonard its costs of suit.

DATED: December 12, 2013   _____

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE